

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00297-CV

**IN THE INTEREST OF J.J.C.B.R.**, J.E.R., and J.J.D.R., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01636
Honorable Genie Wright, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent.

SIGNED September 18, 2019.

_____
Rebeca C. Martinez, Justice